**Order entered January 16, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01006-CV

**IN THE GUARDIANSHIP OF RUTH ELLEN BRUNER,
AN INCAPACITATED PERSON**

**On Appeal from the County Court at Law No. 2
Hunt County, Texas
Trial Court Cause No. G00682**

## ORDER

Before the Court is appellant's January 14, 2019 second motion for an extension of time

to file a brief. We **GRANT** the motion and extend the time to **January 24, 2019**.


/s/     KEN MOLBERG
          JUSTICE